## 38211. PIRKLE v. GEORGIA FARMERS LIVESTOCK COMMISSION, INC.

Judgment affirmed without opinion pursuant to Rule 59. *All the Justices concur.*

DECIDED JANUARY 20, 1982.

*Thompson, Fox & Hardman, Daniel J. Sammons,* for appellant. *C. Michael Roach,* for appellee.